Michael J.D. Sweeney, Esq. (pro hac vice)
msweeney@getmansweeney.com
Matt Dunn, Esq. (pro hac vice)
mdunn@getmansweeney.com
**GETMAN & SWEENEY, PLLC**
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649

Jason C. Marsili
jmarsili@posner-rosen.com
**POSNER & ROSEN LLP**
3600 Wilshire Blvd., Suite 1800
Los Angeles, CA 90010
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARBARA FLORES, on behalf of herself and those similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SWIFT TRANSPORTATION COMPANY, et al.,**<br><br>Defendants. | Case No. CV 14-2900- AB-E<br><br>**PLAINTIFFS' UNCONTESTED NOTICE OF MOTION AND MOTION FOR COURT APPROVAL OF THEIR FLSA SETTLEMENTS**<br><br>Hearing Date: May 2, 2016<br><br>Time: 10:00 a.m.<br><br>Assigned to: Honorable André Birotte Jr. |

PLEASE TAKE NOTICE, that upon the brief in support and attached exhibits and declaration, Plaintiffs hereby move this Court for an order approving their settlements, including their individual recoveries, service awards, and the

1

attorneys' fees and costs. Plaintiffs also request that the Court dismiss the California state law class claims raised in the complaint but not certified for class treatment. Defendants do not oppose Plaintiffs' motion.

PLEASE TAKE FURTHER NOTICE, that the motion will be heard on May 2, 2016, at 10:00 a.m. in Courtroom 4 on the second floor in the United States District Court for the Central District of California located at 312 North Spring Street, Los Angeles, CA 90012-4701. Please take further note that oral argument shall occur only in accordance with the Court's rules.

Dated:   March 31, 2016

Respectfully Submitted,

<u>/s/ Michael J.D. Sweeney</u>
Matt Dunn
Michael J.D. Sweeney
Getman & Sweeney, PLLC
9 Paradies Lane , New Paltz, NY 12561
Tel: (845) 255-9370
msweeney@getmansweeney.com
mdunn@getmansweeney.com

*Attorneys for Plaintiffs*

2