Michael J.D. Sweeney, Esq. (pro hac vice)
msweeney@getmansweeney.com
Matt Dunn, Esq. (pro hac vice)
mdunn@getmansweeney.com
**GETMAN & SWEENEY, PLLC**
9 Paradies Lane
New Paltz, NY 12561
Telephone:   (845) 255-9370
Facsimile:   (845) 255-8649

Jason C. Marsili
jmarsili@posner-rosen.com
**POSNER & ROSEN LLP**
3600 Wilshire Blvd., Suite 1800
Los Angeles, CA 90010
Telephone: (213) 389-6050
Facsimile: (213) 389-0663

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA FLORES, on behalf of herself and those similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SWIFT TRANSPORTATION COMPANY, et al.,**<br><br>**Defendants.** | **Case No. CV 14-2900-AB (Ex)**<br><br>~~PROPOSED~~ **ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENTS [117]**<br><br>**Assigned to:**<br>**Honorable André Birotte Jr.** |

Plaintiffs filed an uncontested motion to approve the settlements between each of the 41 opt-in plaintiffs and the Defendants in this FLSA collective action. Dkt. No. 117. Having reviewed the Plaintiffs' submissions, and having held a settlement hearing on May 2, 2016, and there being no opposition to the settlements, the Court finds that the agreements represent a fair and reasonable settlement of bona fide disputes. *Goodwin v. Citywide Home Loans, Inc.*, 8:14 Civ. 00866-JLS-JCG, Doc. 66, p. 4 (C.D. Cal Nov. 2, 2015). Accordingly, the Court approves the settlements including the service payments of $10,000 to the Named Plaintiff Flores and $5,000 to Plaintiff Cecil, attorneys' fees of one-third the settlement amounts, and costs of $31,352.43.

The Court also dismisses the Rule 23 California class claims pled in Plaintiffs' complaint without prejudice due to lack of numerosity and because there is no evidence that absent class members relied on the filing of the action, that they lack adequate time to file other actions, or that the settlement compromises their claims. *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989); *Luo v. Zynga Inc.*, 13 Civ. 00186 NC, 2014 WL 457742, at *3 (N.D. Cal. Jan. 31, 2014).

IT IS SO ORDERED.

Dated: May 11, 2016

_____
Hon. André Birotte Jr.
United States District Judge

1